Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave. Suite #103
Las Vegas, NV 89117
(702) 441-0854
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BRISI VASQUEZ FERNANDEZ and KELVIN ALBERTO HERNANDEZ RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>LOREN K. MILLER, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILIP SLATTERY, and RICHARD C. VISEK,<br><br>Defendants. | CASE NO. 2:23-cv-00730- JAD-MDC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE WITHOUT PREJUDICE**<br><br>ECF No. 14 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Laura Brisi Vasquez Fernandez and Kelvin Alberto Hernandez Ramirez, by and through their attorney, and the attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case without Prejudice.

At this time Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the case without prejudice. The parties further agree that upon dismissal each party is to bear its own

fees costs for litigation on this case.

Respectfully submitted on this 12th day of February 2025.

s/*Maria Quiroga*  
Maria E. Quiroga  
Nevada State Bar Number: 13939  
*Attorney for Plaintiffs*

s/Richard T. Colonna  
Richard T. Colonna  
Assistant United States Attorney  
*Attorney for the United States*

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____  
U.S. District Judge Jennifer A. Dorsey  
Dated: February 13, 2025